UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| John Fralish, *on behalf of himself and others similarly situated*, | Cause No.: 3:20-cv-00353 DRL-MGG |
| Plaintiff, | |
| v. | |
| Deliver Technology, LLC and Fluent Inc., | |
| Defendants. | |

## NOTICE OF SETTLEMENT

John Fralish ("Plaintiff"), Deliver Technology, LLC, and Fluent Inc. (collectively, the "Parties") jointly notify this Court that they have reached an agreement in principle to resolve Plaintiff's claims in this matter. The Parties respectfully request that this Court deny all pending motions as moot and allow the parties 30 days within which to finalize the terms of their settlement agreement, after which the parties will file a stipulation of dismissal.

Date: October 7, 2021

| | |
|---|---|
| /s/*Michael L. Greenwald* | /s/*Neil E. Asnen* |
| Michael L. Greenwald | Neil E. Asnen |
| Greenwald Davidson Radbil PLLC | Klein Moynihan Turco LLP |
| 7601 N. Federal Highway, Suite A-230 | 450 Seventh Avenue – 40th Floor |
| Boca Raton, FL 33431 | New York, NY 10123 |
| | |
| Counsel for Plaintiff | Counsel for Defendants |